TRUSTEES OF THE PRESBYTERY OF NEWTON, APPELLANT, v. STATE BOARD OF TAXES AND ASSESSMENT ET AL., RESPONDENTS.

Submitted October 26, 1928—Decided May 20, 1929.

For the appellant, *Francis Child* and *Jehiel G. Shipman.*

For the respondents, *Edward L. Katzenbach* and *Egbert Rosenkrans.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, KALISCH, LLOYD, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ. 11.

*For reversal*—WHITE, J. 1.